```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LESHAWN DAWSON,                                                        :
:
                Plaintiff,                                              :
:       20-CV-6192 (JPC)
      -v-                                                            :
:       NOTICE OF
JOHN ELLIOTT, LLC,                                                     :       REASSIGNMENT
:
                Defendant.                                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  The Initial Pretrial Conference ("IPTC") scheduled for October 19, 2020 at 11:00 a.m. shall take place as scheduled.  In light of the ongoing COVID-19 pandemic, the Court will conduct the IPTC by teleconference.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests

were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

It is further ORDERED that the parties shall submit a joint letter of no more than five pages by October 15, 2020, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.  By that date, the parties shall also submit to the Court a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: October 8, 2020
      New York, New York

                                    JOHN P. CRONAN
                                United States District Judge